**99–1122.  Lake Metroparks Bd. of Commrs. v. Norfolk & W. Ry. Co.**
Lake App. Nos. 98–L–081 and 98–L–119.
  F.E. Sweeney, Pfeifer and Cook, JJ., dissent.

**99–1140.  State v. Hurd.**
Franklin App. No. 96APA03–326.
  Pfeifer and Cook, JJ., dissent.

**99–1146.  State v. Collins.**
Lucas App. No. L–98–1095.
  F.E. Sweeney and Cook, JJ., dissent.
  Resnick, J., not participating.